UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL F. HUNKAPILLAR, | No. C-03-2240 SC |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR AWARD OF <u>ATTORNEY'S FEES</u> |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff Marshall F. Hunkapillar filed his Notice of Motion and Motion for Award of Attorney's Fees on October 19, 2007. The Court sets the following briefing schedule. Defendant Michael J. Astrue may file an Opposition to the Motion for Award of Attorney's Fees no later than Friday, February 29, 2008. Plaintiff may file a Reply to Defendant's Opposition no later than Friday, March 7, 2008.

Upon receipt of Plaintiff's Reply Brief, if any, the matter will stand submitted without appearance or oral argument.

IT IS SO ORDERED.

Dated: February 12, 2008

_____
UNITED STATES DISTRICT JUDGE